IN RE D.J.S.

[Cite as *In re D.J.S.,* 130 Ohio St.3d 257, 2011-Ohio-5342.]

*Juvenile law—Sex-offender registration—2007 Am.Sub.S.B. No. 10 as applied to offenders who committed sex offenses prior to its enactment violates Section 28, Article II of the Ohio Constitution, which prohibits the General Assembly from passing retroactive laws.*

(No. 2008-1624—Submitted November 4, 2009—Decided October 20, 2011.)

APPEAL from the Court of Appeals for Allen County, No. 1-07-58, 2008-Ohio-3234.

_____

{¶ 1}  The judgment of the court of appeals is reversed, and the cause is remanded for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents and would affirm the judgment of the court of appeals.

_____

Juergen A. Waldick, Allen County Prosecuting Attorney, and Christina L. Steffan, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Brooke M. Burns, Assistant Public Defender, for appellant.

Jeffrey M. Gamso, urging reversal for amici curiae American Civil Liberties Union of Ohio Foundation, Inc., Montgomery County Public Defender, Children's Law Center, Inc., Central Juvenile Defender Center, and Ohio Justice and Policy Center.

Marsha L. Levick, urging reversal for amicus curiae Juvenile Law Center.

Katherine Hunt Federle, urging reversal for amici curiae Justice for Children Project et al.

Yeura R. Venters, Franklin County Public Defender, and Paul Skendelas, Assistant Public Defender, urging reversal for amici curiae Franklin County Public Defender et al.

Michael DeWine, Attorney General, Benjamin C. Mizer, Solicitor General, Alexandra T. Schimmer, Chief Deputy Solicitor General, David M. Lieberman, Deputy Solicitor, and Christopher P. Conomy, Assistant Solicitor, for amicus curiae Ohio Attorney General.

_____